JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HUY TRONG TRAN,                    ) Case No. SACV 21-0886-VBF (JPR)
                                   )
            Plaintiff,             )
                                   )        **J U D G M E N T**
        v.                         )
                                   )
CDCR et al.,                       )
                                   )
            Defendants.            )
                                   )
_____   )

     Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

     This action is dismissed with prejudice.


         August 8, 2022              /s/ Valerie Baker Fairbank
DATED: _____       _____
                                VALERIE BAKER FAIRBANK
                                U.S. DISTRICT JUDGE